January 10, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

LEOPOLD MALACHOWITSCH, Appellant

NO. 14-11-00486-CV                    V.

EXPO MOTORCARS, L.P., EXPO HOLDINGS, L.P., AND
EXPO MOTORCARS, L.L.C., Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on May 17, 2010. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by LEOPOLD MALACHOWITSCH.

We further order this decision certified below for observance.